UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAUN NICHOLAS CARSON-MOORE,

    Plaintiff,

                                         Case No. 1:16-cv-470

v.

                                         HONORABLE PAUL L. MALONEY

PAUL MARTIN,

    Defendant.
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date: August 24, 2017                                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District